■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED MIERNIK, Appellant. (Appeal No. 2.) [725 NYS2d 926] —Judgment unanimously reversed on the law, plea vacated and superior court information dismissed. Same Memorandum as in *People v Miernik* (284 AD2d 919 [decided herewith]). (Appeal from Judgment of Genesee County Court, Noonan, J.— Criminal Possession Stolen Property, 4th Degree.) Present— Pine, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ.